

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-22-00330-CV

**IN THE INTEREST OF L.G.D.** and R.O.B., Children

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2021-PA-00769
Honorable Charles E. Montemayor, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE CHAPA, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the trial court's order terminating the parental rights of N.D. and J.B. is AFFIRMED. We ORDER that no costs be assessed against appellants in relation to this appeal because they are presumed indigent under Texas Family Code section 107.013(e).

SIGNED November 23, 2022.

_____
Rebeca C. Martinez, Chief Justice